UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: _____

BELLY BUSTERS LLC,

    Plaintiff(s),

vs.

MT. HAWLEY INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Mt. Hawley Insurance Company ("Mt. Hawley" or "Defendant"), by and through undersigned counsel, hereby files this Notice of Removal of this action from the Circuit Court of the 7th Judicial Circuit in and for Volusia County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, the district and division in which the 7th Judicial Circuit is located. This Notice of Removal is filed pursuant to 28 U.S.C. §§1441 and 1446. In support hereof, Mt. Hawley respectfully shows:

    1.    On November 29, 2023, Belly Busters LLC, ("Plaintiff") commenced an action against Defendant in the 7th Judicial Circuit in and for Volusia County, Florida, entitled *Belly Busters LLC v. Mt. Hawley Insurance Company*, pending as Case No. CACE-2023-12748 CIDL (the "State Court Case"). *See* **Exhibit "B."**

2. On December 6, 2023, Mt. Hawley's registered agent was served with the Summons and Complaint in the State Court Case. As such, removal is timely because thirty days have not elapsed since Mt. Hawley first received Plaintiff's Complaint, as required by 28 U.S.C. §1446(b).

3. A copy of this Notice of Removal will be filed with the State of Florida Circuit Court in Volusia County, and a copy of this Notice of Removal will also be served on Plaintiff.

4. Copies of all processes, pleadings, orders signed by the state court judge, a copy of the state court docket sheet, a complete list of all counsel of record, together with an index of such documents are attached hereto as **Exhibits A – F** as follows:

> **Exhibit A**  An index of matters being filed;
>
> **Exhibit B**  All papers docketed in the State Court Case;
>
> **Exhibit C**  All executed process in the State Court Case;
>
> **Exhibit D**  State Court Case docket sheet;
>
> **Exhibit E**  Plaintiff's estimate of damages totaling $97,642.10;
>
> **Exhibit F**  List of all counsel of record and contact information.

5. Plaintiff has requested a trial by jury in the State Court Case.

6. Defendant has filed contemporaneously with this Notice a civil cover sheet.

**Basis for Removal: Diversity**

7. This Court has original jurisdiction over this case pursuant to 28 U.S.C. §1332, in that this is a civil action where the matter in controversy exceeds $75,000, and is between citizens of different States.

    **A.** **The amount in controversy exceeds the federal minimum jurisdictional requirements.**

8. Plaintiff's Complaint in the State Court Case asserts that the subject property is located at 930 North Woodland Boulevard, DeLand, FL 32720, which was insured under an insurance policy issued by Mt. Hawley, Policy No. GPK0023764 (the "Policy"). *See* **Exhibit B**, Compl. at ¶¶ 4,5. Plaintiff's Complaint contends, in part, that "[o]n or about September 29, 2022, the Insured Property and dwelling . . . was damaged due to a windstorm caused by Hurricane Ian" *Id.* at ¶ 7. Plaintiff's Complaint further alleges that Mt. Hawley "has failed or refused to pay all of Plaintiffs' estimate" and Mt. Hawley's "refusal to reimburse Plaintiffs adequately for the estimate for necessary repair work, and otherwise make Plaintiffs whole, constitutes a breach of contract." *Id.* at ¶¶ 17,18. Further, Plaintiff alleges it has "been damaged as a result of Defendant's breach in the form of insurance proceeds which have not been paid, interest, costs and attorney's fees." *Id.* at ¶ 19. Plaintiff seeks recovery of attorney's fees and costs pursuant to Fla. Stat. §627.428. *Id.* at ¶ 22.

9. Before suit was filed, Plaintiff provided Defendant an estimate of damages for which recovery is sought, which totals $97,642.10. *See* **Exhibit E**.

10. Accordingly, while Mt. Hawley denies that Plaintiff's claimed amount is covered under the Policy, the amount in dispute exceeds $75,000, exclusive of interest and costs.

### B. There is complete diversity between Plaintiff and Defendant.

11. For purposes of determining diversity, a limited liability company is a citizen of any state of which a member of the company is a citizen. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).

12. Plaintiff Belly Busters LLC is a Florida limited liability company whose sole member is Dujuan Lutz, a resident and citizen of Florida. Accordingly, Plaintiff Belly Busters LLC is a citizen of the State of Florida.

13. Defendant Mt. Hawley is a corporation organized under the laws of Illinois, with its principal place of business in Illinois. Accordingly, Mt. Hawley is a citizen of the State of Illinois for purposes of determining diversity jurisdiction.

14. Complete diversity exists in this case and removal is proper because Plaintiff is a citizen of Florida and Defendant Mt. Hawley is a citizen of Illinois.

WHEREFORE, Defendant Mt. Hawley Insurance Company prays that the above-described action now pending in the Circuit Court of the 7th Judicial Circuit in and for Volusia County, Florida, be removed to this Court.

Respectfully submitted,

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood [FBN: 41495]
**CHARTWELL LAW**
100 SE 2nd Street, Suite 2150
Miami, FL 33131
Telephone (305) 372-9044
mmahfood@chartwelllaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure and the Court's CM/ECF System, on this 5th day of January, 2024.

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood